# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3274

_____

United States of America,

*Plaintiff - Appellee,*

v.

Maria Antonia Preciado, also known as Maria Antonia Preciado-Hernandez,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: June 20, 2019
Filed: June 26, 2019
[Unpublished]

_____

Before COLLOTON, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Maria Preciado pleaded guilty to a drug offense under a plea agreement containing an appeal waiver. The district court[1] sentenced her to a term of

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.

imprisonment below the advisory guidelines range. Preciado appeals; her counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence.

We will enforce the appeal waiver in this case because Preciado entered into the plea agreement and the appeal waiver knowingly and voluntarily, her challenge to the sentence falls within the scope of the appeal waiver, and no miscarriage of justice would result from enforcing the waiver. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). Further, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we dismiss this appeal based on the appeal waiver, and we grant counsel's motion to withdraw.

_____